FIRST FAMILY MORTGAGE CORPORATION OF FLORIDA
v. LINDA A. DURHAM.

March 25, 1986.

Leave to appeal is granted.   (See 205 *N.J.Super.* 251)